No. 98–474. VAN GEMERT ET AL. v. LADICK. C. A. 10th Cir. Certiorari denied.

No. 98–478. DONNER v. DONNER, DECEASED. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 98–493. SMITH v. SUPREME COURT OF COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 98–498. HOOPER v. PERRINO, DOLINSKY, KARESH, WITHROW, JUARBE & BAIER, M. D., P. A., ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 98–509. COOPER ET AL. v. NORTH CAROLINA EX REL. LONG, COMMISSIONER OF INSURANCE, AS LIQUIDATOR OF TWEN-TIETH CENTURY LIFE INSURANCE CO. C. A. 4th Cir. Certiorari denied.

No. 98–515. MILLER-WAGENKNECHT v. VILLAGE OF DOYLES-TOWN ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–526. VALENTIN v. GATES, JUDGE, COURT OF COMMON PLEAS, LEBANON COUNTY, PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–532. CONTINENTAL MARITIME OF SAN DIEGO, INC. v. LENANE. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 98–538. DREXLER, FORMER SHERIFF OF TAZEWELL COUNTY, ET AL. v. LICKISS. C. A. 7th Cir. Certiorari denied.

No. 98–550. KAZANJIAN v. ANNISTON CITY BOARD OF EDU-CATION ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–558. FURBY v. UNITED AUTO WORKERS ET AL. Ct. App. Mich. Certiorari denied.

No. 98–560. LAPIDUS v. HAHN, INDIVIDUALLY AND AS LOS ANGELES CITY ATTORNEY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–592. KING v. BEAVERS. C. A. 8th Cir. Certiorari denied.